**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 West Horizon Ridge Parkway, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Devon Johnson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEVON JOHNSON, individually,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; TAYLOR JOHN WEBB, and CHRISTOPHER HEATON, individually,<br><br>　　　　Defendants. | CASE NO: 2:19-cv-1817-JCM-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>*(First Request)* |

　　　　Pursuant to LR IA 6-1, Plaintiff DEVON JOHNSON and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, TAYLOR JOHN WEBB, and CHRISTOPHER HEATON ("Parties"), by and through their respective counsel of record, hereby stipulate and request that this Court extend the current deadline to file the Joint Pretrial Order ("JPTO") in the above-captioned case by forty-three (43) calendar days, up to and including December 6, 2021. This Stipulation is the first request to extend the pretrial order deadline in this case.

　　　　WHEREAS, pursuant to the Court's order dated December 18, 2019 (ECF No. 9), the Parties' deadline to file the JPTO was set for July 13, 2020.

　　　　WHEREAS, Plaintiff filed his First Amended complaint on March 6, 2020, adding Defendant Heaton (ECF No. 16).

WHEREAS, both parties stipulated to extend discovery to allow for the addition of Heaton on March 17, 2020 (ECF No. 19), moving the JPTO to October 9, 2020, *or 30 days after the decision on the dispositive motions.*

WHEREAS, the Court ruled on Defendant's Motion for Summary Judgment on September 9, 2021 (ECF No. 41), making the the JPTO due October 21, 2021.

WHEREAS Plaintiff's counsel was preparing for a 3-4 week trial in California scheduled for October 18, 2021, which was only recently continued.

WHEREAS the good cause reasons for the requested extension are as follows:

(1) Plaintiff's counsel will need to devote the appropriate amount time to the analysis of the matters within, and drafting of, the JPTO. Counsel is unable to do so before the current deadline due to the prior trial date of October 18, 2021.

FURTHERMORE, the parties agree to the following deadlines:

- The parties will file the JPTO by December 6, 2021.

This extension is made in good faith and is not intended for purposes of delay.

**IT IS SO STIPULATED AND AGREED.**

DATED this 15th day of October, 2021.    DATED this 15th day of October, 2021.

**LAGOMARSINO LAW**    **KAEMPFER CROWELL**

 */s/ Andre M. Lagomarsino*    */s/ Lyssa Anderson*
ANDRE M. LAGOMARSINO, ESQ. (#6711)    LYSSA ANDERSON, ESQ. (#5781)
CORY M. FORD, ESQ. (#15042)    RYAN DANIELS, ESQ. (#13094)
3005 W. Horizon Ridge Pkwy., Suite 241    1980 Festival Plaza Drive, Suite 650
Henderson, Nevada 89052    Las Vegas, Nevada 89135
Telephone: (702) 383-2864    *Attorneys for Defendants LVMPD, Webb and*
Facsimile: (702) 383-0065    *Heaton*
*Attorney for Plaintiff Devon Johnson*

**ORDER**  **NO FURTHER EXTENSIONS WILL BE GRANTED.**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: October 18, 2021