# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEVON JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No.: 2:19-cv-01817-JCM-NJK<br><br>**Order**<br><br>[Docket No. 46] |

Pending before the Court is the parties' stipulation to continue the Settlement Conference. Docket No. 46. For good cause shown, the parties' stipulation is **GRANTED**. The Settlement Conference currently set for January 12, 2022, is **CONTINUED** to **February 8, 2022, at 10:00 a.m.** The parties shall submit their confidential settlement conference statements to the undersigned's box in the Clerk's Office no later than **3:00 p.m. on February 1, 2022.** All other requirements outlined in Docket No. 45 continue to apply.

IT IS SO ORDERED.

Dated: December 27, 2021

_____
Nancy J. Koppe
United States Magistrate Judge