**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 West Horizon Ridge Parkway, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Devon Johnson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEVON JOHNSON, individually, | CASE NO: 2:19-cv-1817-JCM-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; TAYLOR JOHN WEBB, and CHRISTOPHER HEATON, individually, | *(Second Request)* |
| Defendants. | |

Pursuant to LR IA 6-1, Plaintiff DEVON JOHNSON and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, TAYLOR JOHN WEBB, and CHRISTOPHER HEATON ("Parties"), by and through their respective counsel of record, hereby stipulate and request that this Court extend the current deadline to file the Joint Pretrial Order ("JPTO") in the above-captioned case by thirty (30) calendar days, up to and including March 10, 2022. This Stipulation is the second request to extend the pretrial order deadline in this case.

WHEREAS, pursuant to the Court's order dated November 12, 2021 (ECF No. 21), the Parties' request for a settlement conference was granted, vacating the December 6, 2021, JPTO deadline and moving it to February 11, 2022.

…

…

WHEREAS the Parties submitted a Stipulation and Proposed Order to reschedule the settlement conference as Defendants' counsel was required at trial from January 10, 2022, through January 14, 2022 (ECF No. 46).

WHEREAS the Court granted the above Stipulation and Order and continued the Settlement Conference to February 8, 2022, at 10:00 a.m. (ECF No. 47)

WHEREAS the Court stated that all the previous requirements outlined in Docket No. 45 continued to apply, including the February 11, 2022, deadline for the JPTO. (ECF No. 47)

WHEREAS in the interest of Judicial Economy and saving potential attorney fees, the Parties agree to extend the JPTO deadline until 30 days after the Settlement Conference.

FURTHERMORE, the parties agree to the following deadlines:

- The parties will file the JPTO by <u>March 10, 2022</u>.

This extension is made in good faith and is not intended for purposes of delay.

**IT IS SO STIPULATED AND AGREED.**

| DATED this 4th day of January 2022 | DATED this 4th day of January 2022 |
|---|---|
| **LAGOMARSINO LAW** | **KAEMPFER CROWELL** |
| /s/ Andre M. Lagomarsino | /s/ Lyssa Anderson |
| ANDRE M. LAGOMARSINO, ESQ. (#6711) | LYSSA ANDERSON, ESQ. (#5781) |
| CORY M. FORD, ESQ. (#15042) | RYAN DANIELS, ESQ. (#13094) |
| 3005 W. Horizon Ridge Pkwy., Suite 241 | 1980 Festival Plaza Drive, Suite 650 |
| Henderson, Nevada 89052 | Las Vegas, Nevada 89135 |
| Telephone: (702) 383-2864 | *Attorneys for Defendants LVMPD, Webb and Heaton* |
| Facsimile: (702) 383-0065 | |
| *Attorney for Plaintiff Devon Johnson* | |

**ORDER**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: January 5, 2022