LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department and*
*Officer Taylor John Webb and Officer Christopher Heaton*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEVON JOHNSON,<br><br>　　　　　Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; TAYLOR JOHN WEBB, individually; and CHRISTOPHER HEATON,<br><br>　　　　　Defendants. | CASE NO.:   2:19-cv-01817-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Las Vegas Metropolitan Police Department, Officer Taylor John Webb, and Officer Christopher Heaton (collectively "LVMPD Defendants") and Plaintiff, Devon Johnson ("Plaintiff"), by and through their respective counsel, that all of Plaintiff's claims are hereby dismissed, with prejudice, with each party to bear their own attorney fees and costs.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3063492_1  6943.213

Page 1 of 2

DATED this 7th day of March, 2022.

KAEMPFER CROWELL

By: */s/ Lyssa S. Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Dr., Ste. 650
Las Vegas, Nevada 89135

*Attorneys for Defendants
Las Vegas Metropolitan Police
Department, Officer Taylor John
Webb and Officer Christopher
Heaton*

DATED this 7th day of March, 2022

LAGOMARSINO LAW

By: */s/ Andre M. Lagomarsino*
ANDRE M. LAGOMARSINO
Nevada Bar No. 6711
CORY M. FORD
Nevada Bar No. 15042
3005 W. Horizon Ridge Pkwy., Ste. 241

*Attorney for Plaintiff
Devon Johnson*

## ORDER

IT IS SO ORDERED March 10, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3063492_1  6943.213

Page 2 of 2